**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| MICHAEL S. GOLDBERG, LLC | ) Case No. 09-23370 (ASD) |
| MICHAEL S. GOLDBERG | ) 09-23371 (ASD) |
| Debtors. | ) Jointly Administered Under |
| | ) Case No. 09-23370 |
| | ) |
| JAMES BERMAN, Chapter 7 Trustee for | ) |
| | ) |
| MICHAEL S. GOLDBERG, LLC, and | ) |
| MICHAEL S. GOLDBERG | ) |
| | ) |
| Plaintiff, | ) |
| | ) Adv. Pro. No. 10-02103 |
| v. | ) |
| | ) |
| ANTHONY DENTAMARO | ) |

**PLAINTIFF'S WITNESS AND EXHIBIT LIST**

Plaintiff, James Berman, Chapter 7 Trustee for the Estate of Michael S. Goldberg, LLC and Michael S. Goldberg, hereby submits his witness and exhibit list for trial on November 17, 2014.

**EXHIBITS**

A.   J. Allen Kosowsky Expert Report

B.   Goldberg Plea Agreement; 3:10 – cv – 00192 – RNC

C.   Goldberg Judgment re: sentencing; 3:10 – cv – 00192 – RNC

D.   Complaint

E.   Answer, filed September 2010

F.   Amended Complaint, filed October 20, 2011

G. Defendant's responses to plaintiff's interrogatories and request for production of documents, certified on February 24, 2012, including documents produced in connection therewith.

H. Sworn Financial Disclosure Statement of Anthony Dentamaro

I. Webster Bank, Official Check, October 22, 2007, No. 2571549, $8,500.00

J. Webster Bank, Official Check, October 22, 2007, No. 2571548, $8,500.00

K. Webster Bank, Official Check, October 22, 2007, No. 2571547, $8,500.00

L. Webster Bank, Official Check, October 22, 2007, No. 2571546, $8,500.00

M. Bank of America, Check, April 15, 2008, No. 1064, $8,000.00

N. Debtor's Bank Statement, August 1, 2008 through August 31, 2008

O. Debtor's Bank Statement, November 1, 2008 through November 30, 2008

P. Debtor's Bank Statement, April 1, 2009 through April 30, 2009

Q. Debtor's Bank Statement, August 1, 2009 through August 31, 2009

R. Debtor's Bank Statement, October 1, 2009 through October 31, 2009

## WITNESSES

1. **ANTHONY DENTAMARO**

    Mr. Dentamaro may testify as to the following matters:

    The defendant may be called to testify regarding all matters covered in his answer and discovery responoses, including the timing and amounts of transfers to and from the Debtors, the results of his investments with the Debtors, his educational background and business experience, his knowledge and understanding of the Debtors' purported business and his communications with others regarding the Debtors.

2. **J. ALLEN KOSOWSKY**

    Mr. Kosowsky will testify as to all matters presented in, or inferable from, his expert report, including, but not limited to, his investigation into the (a) Debtors' business practices, bank records, assets/liabilities, and transfers to and from the Debtors to defendant, Anthony Dentamaro.

3. **CUSTODIAN OF RECORDS/BANK OF AMERICA**

    A custodian of records of Bank of America may be called to authenticate and testify as to the Debtors' bank records and transactions with the defendant.

4. **CUSTODIAN OF RECORDS/WEBSTER BANK**

    A custodian of records of Webster Bank may be called to authenticate and testify as to the Debtors' bank records and transactions with the defendant.

5. **REBUTTAL WITNESSES**

    Plaintiff reserves the right to call rebuttal witnesses if and as necessary.

Dated at Bridgeport, Connecticut, this 22nd day of October, 2014.

                JAMES BERMAN, CHAPTER 7 TRUSTEE
                FOR THE ESTATES OF
                MICHAEL S. GOLDBERG AND
                MICHAEL S. GOLDBERG, LLC


By  /s/ John L. Cesaroni
     John L. Cesaroni (ct29309)
     ZEISLER & ZEISLER, P.C.
     10 Middle Street, 15th Floor
     Bridgeport, Connecticut 06604
     (203) 368-4234
     (203) 367-9678 (fax)
     jcesaroni@zeislaw.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the Plaintiff's Witness and Exhibit List was served via the Court's electronic CM/ECF system on October 22, 2014, on the following:

> Derek V. Oatis
> derek@lobonovak.com; tammy@lobonovak.com

This is to further certify that on this 22nd day of October, 2014, copies of all exhibits identified in the Plaintiff's Witness and Exhibit List were served on the defendant via email, as follows:

Derek V. Oatis
Lobo & Novak LLP
280 Adams Street
Manchester, CT 06042
Email: derek@lobonovak.com

Dated at Bridgeport, Connecticut, this 22nd day of October, 2014.

/s/ John L. Cesaroni
John L. Cesaroni (ct29309)